# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CARL C. SCHAEFER, | : | |
| Petitioner, | : | Case No. 3:05cv000420 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| GREENE COUNTY COMMON<br>PLEAS COURT, Judge Stephen<br>Hurley, | :<br><br>: | |
| Respondent. | : | |

**DECISION AND ENTRY ADOPTING IN FULL REPORT AND RECOMMENDATIONS FILED ON DECEMBER 19, 2005 (Doc. #3); DISMISSING WITHOUT PREJUDICE CARL C. SCHAEFER'S PETITION FOR A WRIT OF HABEAS CORPUS (Doc. #1); DENYING A CERTIFICATE OF APPEALABILITY UNDER 28 U.S.C. §2253(c); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on December 19, 2005 (Doc. #3) is ADOPTED in full;

2. Carl C. Schaefer's Petition for a Writ of Habeas Corpus (Doc. #1) is DISMISSED without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases;

3. A certificate of appealability under 28 U.S.C. §2253(c) is DENIED; and

4. The case is terminated on the docket of this Court.

*[signature]*

Walter Herbert Rice
United States District Judge